UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LONNIE JOHNSON | CIVIL ACTION NO. 14-2794 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANDRE ROGERS, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that defendants Steve Prator and Robert Wyche's Motion to Dismiss (Record Document 26) is **GRANTED** and all claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Record Document 29) is **GRANTED** and Plaintiff's claim against Andre Rogers is **DISMISSED WITH PREJUDICE** to refiling it *in forma pauperis*.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of July, 2015.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE